MARY SWEENY et al., as Administrators of DENNIS SWEENY,
SR., Deceased, Respondents, *v.* L. LAFLIN KELLOGG,
Appellant.

*Sweeny* v. *Kellogg,* 103 App. Div. 609, affirmed.
(Argued April 19, 1906; decided May 8, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
April 13, 1905, affirming a judgment in favor of plaintiffs
entered upon a verdict and an order denying a motion for a
new trial in an action for the specific performance of a con-
tract under which defendant received a certain sum of money
as trustee to be distributed by him upon the settlement of a
dispute.

*Abram J. Rose, L. Laflin Kellogg* and *Alfred C. Petté*
for appellant.

*Frederic J. Swift* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.